DIVISION OF SOLID WASTE MANAGEMENT, DEPARTMENT OF ENVIRONMENTAL PROTECTION v. ATLANTIC RECOVERY AND TRANSFER SYSTEMS.

September 6, 1989.

Petition for certification denied.

ANGELA WHITE, ET VIR. v. PATRICK MANZE, M.D., ET AL.

September 6, 1989.

Petition for certification denied.

JOHN G. VAN DALEN, ETC. v. WASHINGTON TOWNSHIP, ETC.

September 6, 1989.

Petitions for certification granted. (See 232 *N.J.Super.* 205).